

SUSAN HAWK
CRIMINAL DISTRICT ATTORNEY
DALLAS COUNTY, TEXAS

November 12, 2015

Mr. Michael F. Stauffacher
Supervising Attorney, Writs Section
Texas Court of Criminal Appeals
P. O. Box 12308
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 16 2015

Abel Acosta, Clerk

RE: *Ex Parte Stanley Orson Mozee*, WR-82, 467-01 &
    *Ex Parte Dennis Lee Allen*, WR-56, 666-03

Dear Mr. Stauffacher:

On February 4, 2015 this Court remanded the above-referenced cases to the trial court to provide the trial prosecutor with an opportunity to respond to the *Brady* claims of both Applicants. Article 11.07 writs were previously filed in both cases alleging multiple grounds for relief. Both causes were transmitted to this Court with agreed findings that Applicants were entitled to relief based on *Brady* violations and the presentment of false evidence.

Pursuant to the remand order, the trial court conducted an evidentiary hearing on October 26 and 27, 2015 during which the trial prosecutor testified regarding the *Brady* claims. On November 10, 2015, the trial court entered and filed its Findings of Fact on Remand specifically finding the trial prosecutor's testimony to be credible. The trial court also entered a finding that both the trial prosecutor's testimony and his trial notes support that "he turned over the jailhouse letters to defense counsel" (the *Brady* information).

Given the trial court's findings on remand and that both the trial court and the State had previously agreed that Applicants are entitled to relief under *Brady*, the State is respectfully requesting this Court to provide the State with an opportunity to respond and/or object to the trial court's Findings of Fact on Remand.

On October 27, 2015 the State requested a transcript of the evidentiary hearing. As of today's date, the court reporter has not completed the transcript. The State expects the transcript will be completed sometime during the week of November 16, 2015. Accordingly, the State anticipates being able to respond by December 15, 2015.

Please let me know if you have any questions or if you need additional information. Thank you for your anticipated courtesies.

Sincerely,

**PATRICIA CUMMINGS**
Assistant District Attorney
Conviction Integrity Unit
Dallas County, Texas

cc:     Mr. Abel Acosta, Clerk of the Court
        Mr. Gary Udashen, Attorney for Dennis Lee Allen
        Mr. Ezekiel Tyson, Attorney for Stanley Mozee